UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARY CASSANDRA QUEEN

VERSUS

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY

CIVIL ACTION

NO. 12-122-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 3, 2014 (doc. no. 13) to which no objection has been filed.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, under sentence four of 42 U.S.C. § 405(g), the final decision of Carolyn W. Colvin, Acting Commissioner of Social Security, denying the application of plaintiff Mary Cassandra Queen for disability insurance benefits are affirmed, and this action is DISMISSED.

Baton Rouge, Louisiana, this 25 day of February, 2014.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA